# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 16, 2021**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Espindola, Christian | Docket No. | 0980 4:20CR06022-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christian Espindola, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 7th day of July 2020, under the following conditions:

**Special Condition #4:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange, in any form and at any time, any and all diagnostic information, treatment recommendation information, or compliance reports, or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

**Special Condition #6:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is considered to be in violation of his conditions of pretrial release by failing to commence intensive outpatient treatment at Merit Resource Services (Merit) since completing his substance abuse assessment on November 30, 2020.

The defendant commenced his term of pretrial supervision on July 7, 2020. His conditions were reviewed with him by telephone on July 10, 2020. The defendant acknowledged an understanding of his conditions of pretrial supervision, specifically special condition number 4, as noted above.

The defendant was referred to Merit on October 14, 2020, to complete a substance abuse assessment. The defendant completed his assessment on November 30, 2020, and it was recommended that he enter into and successfully complete level 2 intensive outpatient treatment services. Contact was made with Merit by the undersigned on December 29, 2020, and was advised the defendant was notified of the results of the assessment and had yet to follow up with scheduling an intake appointment.

During telephone contact with the defendant on January 13, 2021, he was directed to contact Merit and schedule his intake appointment as it was still not completed.

The defendant noted, during contact with him by telephone on February 9, 2021, that he contacted Merit and left a message. This has not been confirmed by Merit staff and they have reported the defendant has not started treatment after his assessment was completed.

**Violation #2:** The defendant is considered to be in violation of his conditions of pretrial release by failing to attend random urinalysis (UA) at Merit on December 24, 2020, February 3, and 8, 2021.

**Espindola, Christian**
**February 12, 2021**
**Page 2**

The defendant commenced his term of pretrial supervision on July 7, 2020.  His conditions were reviewed with him by telephone on July 10, 2020.  The defendant acknowledged an understanding of his conditions of pretrial supervision, specifically special condition number 6, as noted above.

The defendant was referred to Merit on October 14, 2020, to undergo random UA testing.  He was directed to call Merit's UA hotline Monday through Friday, and to report to their office for UA testing when the color gold was called.

Notice was received on December 28, 2020, from Merit that the color gold was called on December 24, 2020.  Contact with the defendant was made on December 29, 2020.  He explained he thought December 24, 2020, was a holiday and that he did not have to call.

Merit provided notice on February 4, 2021, advising the defendant failed to attend his random UA on February 3, 2021, as the color gold was called and he was not in attendance.

Another notice was received from Merit on February 9, 2021, advising the color gold was called on February 8, 2021, and the defendant failed to report and provide a UA sample for testing.

Telephone contact was made with the defendant on February 9, 2021.  The defendant reported he did not call the color line at Merit as he has been working until after 6 p.m.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|---|
|  | | Executed on:    February 12, 2021 |
|  | by | s/Daniel M. Manning |
|  | | Daniel M. Manning<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the case
[X ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

*m. k. Dimke*

Signature of Judicial Officer
2/13/2021

Date