UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Espindola, Christian | Docket No. | 0980 4:20CR06022-001 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW, Daniel M. Manning, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Christian Espindola, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 7th day of July 2020, under the following conditions:

<u>Standard Condition #9:</u> Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

<u>Violation #3:</u> The defendant is considered to be in violation of his conditions of pretrial release by using a controlled substance, marijuana, on or about March 2, 2021.

The defendant commenced his term of pretrial supervision on July 7, 2020. His conditions were reviewed with him by telephone on July 10, 2020. The defendant acknowledged an understanding of his conditions of pretrial supervision, specifically standard condition number 9, as noted above.

Merit Resource Services (Merit) advised the undersigned officer on March 4, 2021, the defendant was present for his urinalysis (UA) test on March 3, 2021. The specimen tested presumptively positive for marijuana. The UA sample was sent to Alere Laboratories for confirmation.

The defendant was contacted on March 9, 2021, by telephone. During this conversation, the defendant admitted to consuming marijuana on or about March 2, 2021. When asked what prompted him to use marijuana, the defendant stated he was with friends and used due to the stress he was under for his pending court date for violations of his conditions of pretrial supervision.

  PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S)
PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  March 9, 2021 |
| by | s/Daniel M. Manning |
|  | Daniel M. Manning<br>U.S. Pretrial Services Officer |

PS-8

Re: Espindola, Christian
March 9, 2021
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_M. K. Dimke_
Signature of Judicial Officer

3/9/2021
Date