PROB 12C
(6/16)

Report Date: October 27, 2021

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 27, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Christian Espindola | Case Number: 0980 4:20CR06022-SMJ-1 |
| Address of Offender: | Pasco, Washington 99301 |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: April 29, 2021

| | |
|---|---|
| Original Offense: | Use of a Communication Facility in the Commission of a Drug Felony, 21 U.S.C. § 843(b) |
| Original Sentence: | Probation - 5 Years | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: April 29, 2021 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: April 28, 2026 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 9/21/2021 and 10/21/2021.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number    Nature of Noncompliance

6    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Espindola is considered to be in violation of his conditions of probation by failing to submit to a random urinalysis at Merit Resource Services (Merit) on October 25, 2021.

Mr. Espindola's conditions of probation were reviewed with him on May 26, 2021. He acknowledged an understanding of his conditions by signing a copy of his conditions, including special condition number 3, as noted above.

Mr. Espindola was referred to Merit on April 29, 2021, to continue the random drug testing hotline that he participated on while on pretrial supervision. He was assigned the color gold, and directed to report to Merit when the color gold was called to provide a urine sample for drug testing purposes.

Prob12C
Re: Espindola, Christian
October 27, 2021
Page 2

Notice was received from Merit on October 26, 2021, indicating the color gold was called on October 25, 2021, and Mr. Espindola did not report for a random drug test.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/27/2021

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

10/27/2021
Date