PROB 12C
(6/16)

Report Date: October 21, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christian Espindola | Case Number: 0980 4:20CR06022-SMJ-1 |
| Address of Offender: | Pasco, Washington 99301 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: April 29, 2021

| | |
|---|---|
| Original Offense: | Use of a Communication Facility in the Commission of a Drug Felony, 21 U.S.C. § 843(b) |
| Original Sentence: | Probation - 5 Years | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: April 29, 2021 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: April 28, 2026 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 9/21/2021.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Espindola is considered to be in violation of his conditions of probation by consuming alcohol on or about September 29, 2021. |
| | Mr. Espindola's conditions of probation were reviewed with him on May 26, 2021. He acknowledged an understanding of his conditions by signing a copy of his conditions, including special condition number 4, as noted above. |
| | On October 1, 2021, an incident report was received from Merit Resource Services (Merit). The incident report indicated Mr. Espindola had admitted to their office he had relapsed by consuming alcohol on September 29, 2021. The undersigned officer made contact with Merit to ascertain if Mr. Espindola had admitted to relapsing by consuming alcohol on or about September 6, 2021, which was previously reported to the Court, or if this was a new |

Prob12C
Re: Espindola, Christian
October 21, 2021
Page 2

occurrence. On October 20, 2021, Merit confirmed Mr. Espindola admitted to a separate relapse by consuming alcohol on September 29, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/21/2021

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

10/21/2021
Date