PROB 12C
(6/16)

Report Date: March 27, 2023

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2023

SEAN F. McAVOY, CLERK

Name of Offender: Christian Espindola                Case Number: 0980 4:20CR06022-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 29, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Use of a Communication Facility in the Commission of a Drug Felony, 21 U.S.C. § 843(b) | | |
| Original Sentence: | Probation - 5 years | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: | April 29, 2021 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | April 28, 2026 |

### PETITIONING THE COURT

To issue a warrant.

Mr. Espindola's conditions of probation were reviewed with him on May 26, 2021. He acknowledged an understanding of his conditions by signing of copy of his judgement on the same date.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Espindola is considered to be in violation of his conditions of probation by violating state law and being charged with Unlawful Imprisonment, Revised Code of Washington (RCW) 9A.40.040.2; and Unlawful Possession of a Firearm in the Second Degree, RCW 9.41.040.2C, in Franklin County Superior Court on March 23, 2023, case number 23-1-50136-11.<br><br>United States Probation was contacted by the Franklin County Prosecutor's Office on March 24, 2023, and was advised Mr. Espindola was arrested on March 23, 2023, for a domestic violence incident. A copy of the declaration for a 72-hour felony investigation hold was received on March 27, 2023.<br><br>According to this declaration, Pasco police responded to a disturbance call on March 23, 2023, in which the caller reported hearing loud banging and screaming coming from the |

Prob12C
Re: Espindola, Christian
March 27, 2023
Page 2

location of Mr. Espindola's apartment. Upon arrival, officers heard screaming from the apartment. Mr. Espindola's girlfriend was contacted by officers. While clearing the residence, officers located Mr. Espindola coming out of a bedroom that had a broken window.

Upon interviewing Mr. Espindola's girlfriend, officers learned that she and Mr. Espindola had been arguing all day. She attempted to leave and went out and started her vehicle. Mr. Espindola pulled his pickup in front of her vehicle so she could not leave.

While officers were outside Mr. Espindola's apartment, they could see an AR platform semi-automatic rifle with a magazine in it in the closet directly in front of the broken window. Officers also observed a box of 243 rifle ammunition on the top closet shelf directly below the rifle. Officers looked through the rear window of Mr. Espindola's pickup and saw an ammunition box on the back seat. This box is used to hold bulk ammunition.

Officers obtained a search warrant for the apartment and pickup. In the pickup, officers located two ammunition boxes containing AR-15 magazines and bulk ammunition, as well as a large box of ammunition in the rear door. In the apartment, officers found a fully loaded AR-15, another ammunition box full of ammunition and AR-15 parts, and an additional high capacity AR-15 magazine.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/27/2023

s/ Dan M Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

3/27/2023
Date