PROB 12C
(6/16)

Report Date: November 24, 2025

# United States District Court

### for the

### Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision    **ECF No. 148**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 24, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Christian Espindola | Case Number: 0980 4:20CR06022-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ | Pasco, Washington 99301 |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 29, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Use of a Communication Facility in the Commission of a Drug Felony, 21 U.S.C. § 843(b) | | |
| Original Sentence: | Probation-5 years | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Brandon Pang | Date Supervision Commenced: | April 29, 2021 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | April 28, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on March 27, and on May 17, 2023.

A United States Probation Officer reviewed all the conditions of probation with Mr. Espindola on May 26, 2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Espindola is considered to be in violation of his conditions of probation by failing to abstain from alcohol use on or before November 7, 2025. |
| | On November 7, 2025, Mr. Espindola reported to the probation office and completed a urinalysis. The test results were presumptive positive for alcohol. Mr. Espindola initially denied any alcohol use and claimed he had been taking DayQuil and Nyquil as he had not been feeling well. The drug test was packaged and sent to Abbott Laboratory for confirmation. The drug test report was later received confirming a positive result for alcohol. |

Prob12C
**Re: Espindola, Christian**
**November 24, 2025**
**Page 2**

      Later, on November 18, 2025, Mr. Espindola admitted to consuming alcohol a couple of days before the test was collected. The explanation he provided for this alcohol use was that he was stressed because his mother told him the mother of his child, Kimberly Delgadillo, had been assaulted. He admitted to using alcohol impulsively.

4    **Standard Condition # 4:** You must be truthful when responding to the questions asked by your probation officer.

    **Supporting Evidence**: Mr. Espindola is considered to be in violation of his conditions of probation by failing to the truthful to the probation officer regarding alcohol use on or about November 7, 2025.

    On November 7, 2025, Mr. Espindola completed a urinalysis at the probation office and the results were presumptive positive for alcohol. When questioned about alcohol use by the undersigned officer, Mr. Espindola denied any alcohol use and claimed this result was due to him taking DayQuil and NyQuil. This test was packaged and sent to Abbott Laboratory for confirmation. The drug test report was later received confirming a positive result for alcohol.

    Later on November 18, 2025, Mr. Espindola admitted to the undersigned officer he consumed alcohol a couple of days before this urinalysis was collected. When questioned about his initial dishonesty about alcohol use previously on November 7, 2025, he reported he was "shocked," and did not know this alcohol use would show on the test.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 24, 2025

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
Re:  Espindola, Christian
November 24, 2025
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

11/24/2025
_____
Date